STATE v. HOBBS

No. 15 PC.

Case below: 44 N.C. App. 380.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 April 1980.

STATE v. HUNNICUTT

No. 26 PC.

Case below: 44 N.C. App. 531.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980.

STATE v. LAMB

No. 7 PC.

Case below: 44 N.C. App. 251.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 1 April 1980.

STATE v. OXENDINE

No. 96 PC.

No. 133 (Spring Term 1980).

Case below: 43 N.C. App. 391.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 1 April 1980.

STATE v. POOLE

No. 8 PC.

Case below: 44 N.C. App. 242.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980.